1
2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

3
4  RICCARDO GREEN,
5              Plaintiff(s),
6       v.
7  SEATTLE ART MUSEUM,
8              Defendant(s).
9

NO. C07-1735MJP

MINUTE ORDER

10
11  The following minute order is made by the direction of the court, the Honorable Marsha J.
12  Pechman:
13  The Court is in receipt of Joint Status Reports filed individually by each of the parties to the
14  above-entitled lawsuit.  Dkt. Nos. 12 and 13.  A case schedule will issue in this matter shortly.
15  The Court has been contacted by counsel for the Defendant, who wished to advise the Court
16  that contrary to the impression created by Plaintiff's "Joint Status Report and Discovery Plan Draft"
17  (Dkt. No. 13) defense counsel did not sign off on that document or intend to indicate their agreement
18  with it in any way.
19  Plaintiff is cautioned that use of the notation "\s\" on a signature line in a court document
20  indicates that the party named below the signature line has either signed another copy of that
21  document or has indicated their agreement (verbally or in writing) with the form and substance of the
22  document.  Any further use of this notation on a court document without the express consent or
23  permission of counsel for the opposing party will result in disciplinary sanctions.
24  Filed this 31st day of January, 2008.          BRUCE RIFKIN, Clerk
                                              By    /s Mary Duett
25                                                  Deputy Clerk

26  MINUTE ORDER