UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN,

        Plaintiff(s),

  v.

SEATTLE ART MUSEUM,

        Defendant(s).

NO. C07-1735MJP

ORDER ON PLAINTIFF'S MOTION FOR COMBINED JOINT STATUS REPORT

    The above-entitled Court, having received and reviewed Plaintiff's Motion for Combined Joint Status Report Under FRCP 26(f) and LR 16(a)(1) (Dkt. No. 15), and all exhibits and declarations attached thereto, makes the following ruling:

    IT IS ORDERED that the motion is DENIED.

    The parties, having failed to arrive at a mutually agreeable document to submit as a Joint Status Report, filed individual status reports in the above-entitled matter. Dkt. Nos. 12 and 13. The Court has reviewed both those documents and is preparing a case schedule based on the representations of both parties.

    Plaintiff is correct in pointing out that the Court's order directing preparation of the Joint Status Report states that "[n]o separate reports are to be filed." However, now that all the information from all parties has been submitted to the Court, it would serve no purpose to require the parties to <u>re</u>submit the information in the form of a single document. The Court desires that the parties to this litigation cooperate to the maximum extent possible, but will not require an unnecessary expenditure of time and resources to satisfy the technical letter of the law in this instance.

    For the above reasons, Plaintiff's motion will be denied. The parties are advised that a case schedule with trial date and pretrial deadlines will be filed shortly.

**ORD ON MTN FOR COMBINED JSR - 1**

1  The clerk is directed to provide copies of this order to all counsel of record.

2  Dated: February 5, 2008

*[signature]*

Marsha J. Pechman
U.S. District Judge

**ORD ON MTN FOR**
**COMBINED JSR - 2**